AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>Juan Carlos LAINEZ<br>San Pedro Sula, CORTES<br>Honduras<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: L-13-PO7553 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 25, 2013** in **Webb** County, in the **Southern** District of **Texas** **Juan Carlos LAINEZ** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Juan Carlos LAINEZ, who admitted to being a citizen of Honduras, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on May 25, 2013

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/
Signature of Complainant

Alfonso Gonzalez
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 29, 2013                                at        Laredo, Texas
Date                                                  City and State

J. Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer